IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 16 PM 4: 47

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

JANETTE Y. SMITH,

    Plaintiff,

vs.   No. 05-2466-Ma/P

TRANSUNION CREDIT SERVICES,

    Defendant.

ORDER OF DISMISSAL

Plaintiff Janette Y. Smith filed a pro se complaint pursuant to 15 U.S.C. § 1681a(c) on June 30, 2005, along with a motion seeking leave to proceed in forma pauperis and an affidavit of indigence. The Court issued an order on September 15, 2005 denying leave to proceed in forma pauperis and directing the plaintiff to pay the $250 civil filing fee within thirty days. The order further provided that "[f]ailure to timely comply with this order will result in dismissal of this action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute." 09/15/05 Order at 2.

The plaintiff has not complied with, or otherwise responded to, the September 15, 2005 order, and the time for a

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-17-05

response has expired. Accordingly, the Court DISMISSES the case without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 16th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02466 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Janette Y Smith
4005 Rhodes Avenue
Memphis, TN 38111

Honorable Samuel Mays
US DISTRICT COURT